1  EUGENE G. IREDALE: SBN 75292
2  JULIA YOO: SBN 231163
   IREDALE & YOO, APC
3  105 West F Street, Fourth Floor
   San Diego, CA 92101-6036
4  TEL: (619) 233-1525

5  Attorneys for Plaintiff A.O., by and through her guardian *ad litem*, VICTORIA
6  JUAREZ

7  GRACE JUN (SBN 287973)
8  grace@gracejunlaw.com
9  501 W Broadway, Ste. 1480
   San Diego, CA 92101
10 TEL: (619) 841-1408

11
12 Attorney for Plaintiff JULIE RUFFIN

13

14         **UNITED STATES DISTRICT COURT**
           **SOUTHERN DISTRICT OF CALIFORNIA**
15

16 PEDRO JUNIOR ORNELAS III,          CASE NO.   **'25CV1659 JLS  MSB**
   Decedent, by and through his
17 successor in interest, A.O., a minor,
   by and through her guardian *ad litem*,   **DECLARATION OF VICTORIA**
18 Victoria Juarez; A.O., in her own   **JUAREZ ON BEHALF OF MINOR**
   right; and JULIE RUFFIN,           **PLAINTIFF A.O. AS SUCCESSOR**
19                                     **IN INTEREST TO DECEDENT**
20         Plaintiffs,                 **PEDRO JUNIOR ORNELAS III**

21
   v.
22
   COUNTY OF SAN DIEGO;
23 NAPHCARE, INC.; NAPHCARE
   OF SAN DEIGO, LLC; MARIA
24 TAMAYO, an individual; and
   DOES 1-10,
25
26         Defendants.

27

28

I, VICTORIA JUAREZ, being duly sworn, hereby declare:

1.      I am over the age of 18 and reside in the county of San Diego in the state of California.  I make the following declaration based on my personal knowledge.  If called to testify to the matters set forth herein, I could and would competently testify to these matters based on my personal knowledge.

2.      Decedent Pedro Junior Ornelas III ("Pedro Junior") is the father to my minor daughter, A.O. Pedro Junior died on June 28, 2023, in San Diego, California. A true and correct copy of his death certificate is attached to my declaration.

3.      At the time of his death, Pedro Junior was not married. His only child is our daughter, A.O., who was born in 2016 and is currently nine-years-old.

4.      Pedro Junior did not leave behind any will. He did not leave any testamentary instrument or other written document designating any heir or beneficiary or making any donative transfer of property.  He died intestate.

5.      Because Pedro Junior did not leave behind any will or other testamentary instrument, there is no proceeding now pending in California for the administration of his estate. No proceeding is pending in any other county, state, or country for administration of the decedent's estate.

6.      Because Pedro Junior died intestate, and he was not married and had only one child, A.O., our daughter A.O. is Pedro Junior's surviving heir and beneficiary and his estate passes to A.O. under Probate Code §§ 24 and 6402.

7.       Based on the foregoing, A.O. is the "beneficiary of the decedent's estate" as defined in Probate Code § 24 and Code Civ. Proc. § 377.10. Therefore, A.O. is also Pedro Junior's successor in interest (as defined in section 377.11 of the California Code of Civil Procedure) and succeed to the decedent's interest in this action or proceeding.

DECLARATION OF VICTORIA JUAREZ

8.    No other person has a superior right to commence the action or proceeding or to be substituted for the decedent in the pending action or proceeding.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 27th day of June, 2025, in San Diego, California.

_____
VICTORIA JUAREZ

DECLARATION OF VICTORIA JUAREZ