# EXHIBIT 1

Case 3:25-cv-01659-RSH-MSB   Document 1-4   Filed 06/27/25   PageID.54   Page 1 of 2

# COUNTY OF SAN DIEGO

## CERTIFICATION OF VITAL RECORD

**CERTIFICATE OF DEATH — STATE OF CALIFORNIA**

STATE FILE NUMBER: 3202337012203

| Field | Value |
|---|---|
| 1. Name of Decedent — First | PEDRO |
| 2. Middle | JUNIOR |
| 3. Last (Family) | ORNELAS III |
| 4. Date of Birth | 01/13/1996 |
| 5. Age Yrs | 27 |
| 6. Sex | M |
| 9. Birth State/Foreign Country | CA |
| 10. Social Security Number | 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 |
| 11. Ever in U.S. Armed Forces? | NO |
| 12. Marital Status | NEVER MARRIED |
| 7. Date of Death | 06/28/2023 |
| 8. Hour (24 Hours) | 1006 |
| 13. Education | GED |
| 14/15. Hispanic/Latino? | YES – MEXICAN |
| 16. Race | WHITE |
| 17. Usual Occupation | ENTREPRENEUR |
| 18. Kind of Business or Industry | RETAIL CLOTHING |
| 19. Years in Occupation | 10 |
| 20. Decedent's Residence | 3675 MT. ALVAREZ AVENUE |
| 21. City | SAN DIEGO |
| 22. County/Province | SAN DIEGO |
| 23. Zip Code | 92111 |
| 24. Years in County | 27 |
| 25. State/Foreign Country | CA |
| 26. Informant's Name, Relationship | JULIE GAIL RUFFIN, MOTHER |
| 27. Informant's Mailing Address | 3675 MT. ALVAREZ AVENUE, SAN DIEGO, CA 92111 |
| 31. Name of Father/Parent – First | PEDRO |
| 32. Middle | AZPE |
| 33. Last | ORNELAS, JR |
| 34. Birth State | CA |
| 35. Name of Mother/Parent – First | JULIE |
| 36. Middle | GAIL |
| 37. Last (Birth Name) | WOODS |
| 38. Birth State | CA |
| 39. Disposition Date | 07/05/2023 |
| 40. Place of Final Disposition | EL CAMINO MEMORIAL PARK, 5600 CARROLL CANYON ROAD, SAN DIEGO, CA 92121 |
| 41. Type of Disposition | BURIAL |
| 42. Signature of Embalmer | KRISTINA LYNN OLIVER |
| 43. License Number | EMB9056 |
| 44. Name of Funeral Establishment | EAST COUNTY MORTUARY & CREMATION SERVICE |
| 45. License Number | FD2125 |
| 46. Signature of Local Registrar | WILMA WOOTEN MD |
| 47. Date | 07/05/2023 |
| 101. Place of Death | UC SAN DIEGO HEALTH HILLCREST – HILLCREST MEDICAL CENTER |
| 102. If Hospital | IP |
| 104. County | SAN DIEGO |
| 105. Facility Address | 200 W ARBOR DR. |
| 106. City | SAN DIEGO |

**107. Cause of Death:**
- (A) Immediate Cause: ANOXIC – ISCHEMIC ENCEPHALOPATHY
- (B) RESUSCITATED CARDIOPULMONARY ARREST
- (C) ASPHYXIA
- (D) HANGING

**108. Death Reported to Coroner?** YES — Referral Number: 23-02092
**109. Biopsy Performed?** NO
**110. Autopsy Performed?** YES
**111. Used in Determining Cause?** YES

**112. Other Significant Conditions:** NONE
**113. Was Operation Performed?** NO
**113A. Decedent Pregnant in Last Year?** NO

**119. Manner of Death:** SUICIDE
**120. Injured at Work?** NO
**121. Injury Date:** 06/26/2023
**122. Hour:** UNK
**123. Place of Injury:** OTHER: DETENTION FACILITY
**124. Describe How Injury Occurred:** HANGED SELF WITH TOWEL LIGATURE, ATTACHED TO BED FRAME
**125. Location of Injury:** 1173 FRONT STREET, SAN DIEGO, CA 92101
**126. Signature of Coroner / Deputy Coroner:** JONATHAN LUCAS
**127. Date:** 07/05/2023
**128. Type Name, Title of Coroner:** JONATHAN LUCAS, DME

---

County of San Diego – Health & Human Services Agency – 3851 Rosecrans Street. This is to certify that, if bearing the OFFICIAL SEAL OF THE STATE OF CALIFORNIA, the OFFICIAL SEAL OF SAN DIEGO COUNTY AND THEIR DEPARTMENT OF HEALTH SERVICES EMBOSSED SEAL, this is a true copy of the ORIGINAL DOCUMENT FILED. This copy not valid unless prepared on engraved border displaying seal and signature of Registrar

*Wilma J. Wooten, M.D.*

DATE ISSUED: 7/6/2023

WILMA J. WOOTEN, M.D., M.P.H.
REGISTRAR OF VITAL RECORDS
County of San Diego




A004273836