EUGENE G. IREDALE: SBN 75292
JULIA YOO: SBN 231163
PETER BIBRING: SBN 223981
IREDALE & YOO, APC
105 West F Street, Fourth Floor
San Diego, CA 92101-6036
TEL: (619) 233-1525

Attorneys for Plaintiff A.O., by and through her guardian *ad litem*, VICTORIA JUAREZ

GRACE JUN (SBN 287973)
GRACE JUN LAW, PC
grace@gracejunlaw.com
501 W Broadway, Ste. 1480
San Diego, CA 92101
TEL: (619) 841-1408

Attorney for Plaintiff JULIE RUFFIN

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO JUNIOR ORNELAS III, Decedent, by and through his successor in interest, A.O., a minor, by and through her guardian *ad litem*, Victoria Juarez; A.O., in her own right; and JULIE RUFFIN, <br><br> Plaintiffs, <br><br> v. <br> COUNTY OF SAN DIEGO; MARIA TAMAYO, an individual; MARIAH WILSON, an individual; and DOES 2-10, <br><br> Defendants. | CASE NO. 3:25-cv-01659-RSH-MSB <br><br> **JOINT MOTION TO MODIFY THE SCHEDULING ORDER (DKT. 21)** |

The parties, by and through their respective counsel of record, jointly move the Court to modify the scheduling order in this case. Good cause exists as Plaintiffs' counsel has a medical issue that will require him to take extensive medical leave. The parties have met and conferred to discuss the issue and agree that a continuance of all existing dates is required given the seriousness of Plaintiffs' counsel's medical condition and subsequent leave. This is the parties' first request to modify the scheduling order.

Based on the foregoing, the parties respectfully request a continuance of the following existing dates of the scheduling order as follows:

| Event Description | Previous Deadline (dkt. 21) | Proposed Amended Deadline |
| --- | --- | --- |
| Fact discovery cut-off | August 28, 2026 | January 8, 2027 |
| Expert designation | September 28, 2026 | February 8, 2027 |
| Rebuttal expert designation | October 12, 2026 | February 22, 2027 |
| Expert Disclosures Fed. R. Civ. P. 26(a)(2) | November 12, 2026 | March 25, 2027 |
| Rebuttal Expert Disclosures | November 30, 2026 | April 12, 2027 |
| Expert Discovery Cut-Off | December 30, 2026 | May 12, 2027 |
| Pretrial Motion Cut-Off | January 29, 2027 | June 11, 20217 |
| Mandatory Settlement Conference | April 16, 2027 at 9:30 a.m. | August 27, 2027 (or any date convenient to the Court) |
| Memoranda of Contentions of Fact and Law under Civil Local Rule 16.1(f)(2) | April 29, 2027 | September 9, 2027 |
| Pretrial Disclosures Fed. R. Civ. P. 26(a)(3) | April 29, 2027 | September 9, 2027 |
| Local Civil Rule 16.1.f.4.a meet and confer | May 6, 2027 | September 16, 2027 |

JOINT MOTION TO MODIFY SCHEDULING ORDER

| Event Description | Previous Deadline (dkt. 21) | Proposed Amended Deadline |
|---|---|---|
| Deadline for counsel for Plaintiffs to provide a proposed pretrial order | May 13, 2027 | September 23, 2027 |
| Proposed pretrial order lodged with District Judge | May 20, 2027 | September 30, 2027 |
| Final Pretrial Conference (Hon. Robert S. Huie) | May 27, 2027 at 1:30 p.m. | October 7, 2027 at 1:30 p.m. (or any date thereafter convenient to the Court) |

DATED: August 7, 2026

IREDALE AND YOO, APC
s/ Peter Bibring

Eugene Iredale
Julia Yoo
Peter Bibring
Attorneys for Plaintiff A.O.

DATED: August 7, 2026

GRACE JUN LAW, PC
s/ Grace Jun

Grace Jun
Attorney for Plaintiff Julie Ruffin

DATED: August 7, 2026

DAMON M. BROWN, County Counsel

s/ Steven P. Inman, II

Attorneys for Defendants County of San Diego, Maria Tamayo, and Mariah Wilson

3

JOINT MOTION TO MODIFY SCHEDULING ORDER

## <u>CERTIFICATION</u>

I, GRACE JUN, hereby certify that the content of this pleading is acceptable to all parties required to sign this motion. All parties authorized me to affix their CM/ECF electronic signatures to this pleading.

s/ Grace Jun
GRACE JUN, Attorney for Plaintiff

JOINT MOTION TO MODIFY SCHEDULING ORDER