# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

PEDRO JUNIOR ORNELAS III, Decedent, by and through his successor in interest, A.O., a minor, by and through her guardian *ad litem*, Victoria Juarez; A.O., in her own right; and JULIE RUFFIN,

Plaintiffs,

v.

COUNTY OF SAN DIEGO; MARIA TAMAYO, an individual; MARIAH WILSON, an individual; and DOES 2-10,

Defendants.

CASE NO. 3:25-cv-01659-RSH-MSB

**ORDER GRANTING JOINT MOTION TO MODIFY THE SCHEDULING ORDER**

**ECF NO. 31**

Currently pending before the Court is the parties' Joint Motion to Modify the Scheduling Order in this case. Good cause appearing the parties' joint motion is hereby GRANTED.

The Scheduling Order (dkt. 21) is modified as follows:

| Event Description | Previous Deadline (dkt. 21) | Amended Deadline |
|---|---|---|
| Fact discovery cut-off | August 28, 2026 | January 8, 2027 |
| Expert designation | September 28, 2026 | February 8, 2027 |

| Event Description | Previous Deadline (dkt. 21) | Amended Deadline |
|---|---|---|
| Rebuttal expert designation | October 12, 2026 | February 22, 2027 |
| Expert Disclosures Fed. R. Civ. P. 26(a)(2) | November 12, 2026 | March 25, 2027 |
| Rebuttal Expert Disclosures | November 30, 2026 | April 12, 2027 |
| Expert Discovery Cut-Off | December 30, 2026 | May 12, 2027 |
| Pretrial Motion Cut-Off | January 29, 2027 | June 11, 20217 |
| Mandatory Settlement Conference | April 16, 2027 at 9:30 a.m. | August 27, 2027, 9:30 a.m. |
| Memoranda of Contentions of Fact and Law under Civil Local Rule 16.1(f)(2) | April 29, 2027 | September 9, 2027 |
| Pretrial Disclosures Fed. R. Civ. P. 26(a)(3) | April 29, 2027 | September 9, 2027 |
| Local Civil Rule 16.1.f.4.a meet and confer | May 6, 2027 | September 16, 2027 |
| Deadline for counsel for Plaintiffs to provide a proposed pretrial order | May 13, 2027 | September 23, 2027 |
| Proposed pretrial order lodged with District Judge | May 20, 2027 | September 30, 2027 |
| Final Pretrial Conference (Hon. Robert S. Huie) | May 27, 2027 at 1:30 p.m. | October 7, 2027 at 1:30 p.m. |

**IT IS SO ORDERED**.

Dated:  August 11, 2026

Honorable Michael S. Berg
United States Magistrate Judge

2
AMENDED SCHEDULING ORDER