EUGENE G. IREDALE: SBN 75292
*egiredale@iredalelaw.com*
JULIA YOO: SBN 231163
*jyoo@iredalelaw.com*
PETER BIBRING: SBN 223981
*pbibring@iredalelaw.com*
IREDALE & YOO, APC
105 West F Street, Fourth Floor
San Diego, CA 92101-6036
TEL: (619) 233-1525

Attorneys for Plaintiff A.O., by and through her guardian *ad litem*, VICTORIA JUAREZ

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PEDRO JUNIOR ORNELAS III, Decedent, by and through his successor in interest A.O., a minor, by and through her guardian *ad litem* Victoria Juarez; A.O. in her own right; and JULIE RUFFIN,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, NAPHCARE, INC.; NAPHCARE OF SAN DIEGO, LLC; MARIA TAMAYO, an individual; and DOES 1-10,<br><br>Defendants. | CASE NO.: 25CV1659-RSH-MSB<br><br>**NOTICE OF WITHDRAWAL OF INDIVIDUAL ATTORNEY** |

**TO THE CLERK OF THE COURT AND ALL PARTIES:**

**PLEASE TAKE NOTICE** that Julia Yoo, attorney for Plaintiffs, hereby withdraws as counsel of record in this matter. Eugene G. Iredale and Iredale & Yoo APC will continue to actively represent the Plaintiffs. All future pleadings, notices, and papers should continue to be served on the remaining attorneys at the firm.

The Clerk is respectfully requested to update the docket accordingly and to remove Ms. Yoo from the court's electronic service list (CM/ECF).

Dated: September 16, 2026

Respectfully submitted,

IREDALE & YOO, APC

*s/ Julia Yoo*

EUGENE G. IREDALE
JULIA YOO
PETER BIBRING
Attorneys for Plaintiffs