EUGENE G. IREDALE: SBN 75292
PETER BIBRING: SBN 223981
IREDALE & YOO, APC
105 West F Street, Fourth Floor
San Diego, CA 92101-6036
TEL: (619) 233-1525
Attorneys for Plaintiff A.O., by and through her guardian *ad litem*, VICTORIA JUAREZ

GRACE JUN, ESQ., SBN 287973
Grace Jun Law, PC
grace@gracejunlaw.com
501 West Broadway, Suite 1480
San Diego, CA 92101-6036
TEL: (619) 841-1408

Attorney for Plaintiff JULIE RUFFIN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO JUNIOR ORNELAS III, Decedent, by and through his successor in interest, A.O., a minor, by and through her guardian *ad litem*, Victoria Juarez; A.O., in her own right; and JULIE RUFFIN,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO; MARIA TAMAYO, an individual; MARIAH WILSON, an individual; and DOES 2-10,<br><br>Defendants. | CASE NO.: 3:25-cv-01659-RSH-MSB<br><br>JOINT MOTION TO EXTEND DEADLINE TO RAISE DISCOVERY DISPUTE<br><br>Hon. Michael S Berg |

The parties, by and through their attorneys of record, respectfully request a 30-day extension of time by which Plaintiffs must initiate a discovery dispute in accordance with this Court's chamber rules.

On September 10, 2026, the County of San Diego served its responses to Plaintiff Julie Ruffin's Request for Production (Set One). Counsel for Ms. Ruffin and the County subsequently met and conferred to discuss certain responses to these requests for production. Plaintiff agreed to serve amended requests for certain items to address the County's concerns. The parties continue to meet and confer to attempt to resolve their disputes regarding the other requests.

As the parties are actively working together to attempt to resolve their discovery dispute without further intervention of the Court, the parties respectfully request a 30-day extension of time by which Plaintiff must raise any discovery dispute with respect to the County's responses to Request for Production (Set One). Thus, Plaintiff must initiate the discovery dispute resolution process by November 9, 2026.

Respectfully submitted,

Dated: October 8, 2026

*s/ Grace Jun*

Grace Jun
Attorney for Plaintiff Julie Ruffin

Dated: October 8, 2026

DAMON M. BROWN, County Counsel

s/ Steven P. Inman, II

Steven P. Inman, II, Senior Deputy
Attorneys for Defendant County of San Diego, Maria Tamayo, and Mariah Wilson